IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| CLINTON DEONARD DUDLEY, | ) Civil Action No. 3:22-CV-00170-CBB |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) United States Magistrate Judge |
| | ) Christopher B. Brown |
| COUNSELOR SMICK, COUNSELOR | ) |
| FOX, LIEUTENANT FOX, WARDEN | ) |
| CHRISTIAN M. SMITH, OFFICER | ) |
| LEAVERNIGHT,  OFFICER TURK, | ) |
| LIEUTENANT ANDERSON, | ) |
| LIEUTENANT APPLY,  DELOZIER, | ) |
| ACCOUNTING; 1ST DEPUTY | ) |
| WARDEN  PATTERSON, 2ND | ) |
| DEPUTY WARDEN  DESCAVISH, | ) |
| 2ND DEPUTY WARDEN  ROZUM, | ) |
| | ) |
| Defendants, | |

**ORDER ON MOTION FOR SUMMARY JUDGMENT, ECF No. 51**

AND NOW, this 26th day of March, 2025,

Upon consideration of Defendants' Motion for Summary Judgment, ECF No.
51, IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment is
GRANTED as to all Defendants on all claims.

It is further ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of
Appellate Procedure, Plaintiff has thirty (30) days after entry of judgment to file a
notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

BY THE COURT:


s/Christopher B. Brown
United States Magistrate Judge



CC:   CLINTON DEONARD DUDLEY
      70247-509
      FCI ALLENWOOD MEDIUM
      FEDERAL CORRECTIONAL INSTITUTION
      P.O. BOX 2000
      WHITE DEER, PA 17887

      All counsel of record, *via ECF*